## Bartosik *v.* Bartosik, Appellant.

Argued November 15, 1966. *Thomas J. Dempsey,* for appellant; *Sidney Baker,* with him *Krause & Baker,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, J., dissented.

## Becker Unemployment Compensation Case.

Argued November 16, 1966. *Richard P. Becker,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.